**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**SHAUN REED,**
**Petitioner,**

**v.** **Case No.: 3:25cv301/MCR/ZCB**

**SECRETARY DEPARTMENT OF CORRECTIONS,**
**Respondent.**
______________________________/

# ORDER

The Magistrate Judge issued a Report and Recommendation dated January 28, 2026. (Doc. 20). The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (Doc. 20) is adopted and incorporated by reference in this order.

2. The amended petition for writ of habeas corpus under 28 U.S.C. § 2254 (Doc. 7) is **DENIED** and this case **DISMISSED**.

3. A certificate of appealability is **DENIED**.

4. The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 11th day of September 2026.

M. Casey Rodgers

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**